**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HTN WIRELESS, INC.,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, SECRETARY OF HOMELAND SECURITY, et. al.,<br>Defendants. | Case No. 8:26-cv-01252-FWS-JDE<br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [12]**<br>Hon. Fred W. Slaughter |

///

///

///

Having reviewed and considered the Stipulation to Extend Time to Respond to Complaint [12] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

The deadline for Defendants to answer or otherwise respond to the Plaintiff's Complaint in the above-captioned case is **EXTENDED** to **September 30, 2026**.

**IT IS SO ORDERED**.



Dated: September 3, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE