**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HTN WIRELESS, INC.,<br><br>Plaintiff,<br>v.<br><br>MARKWAYNE MULLIN, SECRETARY OF HOMELAND SECURITY, et. al.,<br><br>Defendants. | Case No. 8:26-cv-01252-FWS-JDE<br><br>**ORDER RE STIPULATION TO VACATE SCHEDULING CONFERENCE AND HEARING ON DEFENDANTS' MOTION TO DISMISS [18]** |

Having read and considered the Stipulation to Vacate Scheduling Conference and Hearing on Defendants' Motion to Dismiss, (Dkt. 18 ("Stipulation")), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **ORDERS** the following:[1]

[1] The Stipulation is incorporated into this Order by this reference.

1. The Rule 26(f) Scheduling Conference currently set on December 17, 2026, at 9:00 a.m., in Courtroom 10D, (Dkt. 31), is **CONTINUED** to **January 14, 2027, at 9:00 a.m., in Courtroom 10D**. All Parties in the above-captioned case shall review and comply with: (a) the court's Civil Standing Order, (Dkt. 9), including on the issue of timely filing the Joint Rule 26(f) Report, and (b) the court's Order Setting Rule 26(f) Scheduling Conference, (Dkt. 15), including the requirements of the contents of the Joint Rule 26(f) Report to be filed.

2. The request in the Stipulation to vacate the hearing on Defendants' Motion to Dismiss, (Dkt. 14 ("MTD")), is **DENIED** because the court has questions for the parties that requires oral argument. *See Mediterranean Enters., Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983) ("The trial court possesses the inherent power to control its own docket and calendar."). Accordingly, the in-person hearing on the MTD remains on **December 3, 2026, at 10:00 a.m., in Courtroom 10D** ("MTD Hearing"). All counsel are ordered to personally appear at the MTD Hearing without further notice or order from the court.

**IT IS SO ORDERED.**

Dated: November 25, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE